```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIGURD A. SORENSON,

                Plaintiff,

    - against -

ROBERT FRIEDMAN, BERNARD FRIEDMAN,
STANLEY WOLFSON, PENMARK REALTY
CORP., and 257/117 REALTY LLC,

                Defendants.

10 Civ. 4596 (JGK)

MEMORANDUM OPINION AND ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff moves for reconsideration of this Court's decision issued on the record at the hearing held on February 14, 2012, which granted in part and denied in part the defendants' motion to dismiss. The plaintiff has failed to show that there were any issues of fact or law that the Court overlooked. While the plaintiff disagrees with the Court's decision, that is not a basis for reconsideration. See, e.g., R.F.M.A.S., Inc. v. Mimi So, 640 F. Supp. 2d 506, 512-13 (S.D.N.Y. 2009). Indeed, having reviewed the motion for reconsideration, there is nothing in the motion that suggests that the Court's decision was incorrect in any way.

    The motion for reconsideration is therefore denied. The Clerk is directed to close Docket No. 44.

    SO ORDERED.

Dated:    New York, New York
            April 5, 2012

                                            John G. Koeltl
                                    United States District Judge